IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

SEP 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | 3:05MJ285 |
| JASON GREGORY | ) | |

### ORDER

**THIS MATTER** comes before the Court after the above-named defendant made his initial appearance in United States Magistrate Court on a warrant out of the Western District of Pennsylvania. The indictment charges the defendant with interstate transportation of material depicting the sexual exploitation of a minor and possession of material depicting the sexual exploitation of a minor in violation of Title 18, United States Code Sections 2252(a)(1) and 2252(a)(4)(b).

Due to the defendant's impaired mental state and physical injuries, the Court **ORDERS** the United States Marshal Service to transport the defendant forthwith to Just Care/Columbia Care in Columbia, South Carolina, the nearest medical and mental health facility where the defendant is to undergo medical treatment for his injuries as well as a competency evaluation. In light of the defendant's mental and physical condition, this immediate action is warranted.

The competency evaluation report is to be forwarded to the Court for distribution to the government and defendant's counsel, Claire J. Rauscher, Federal Community Defender. Upon receipt of the report, a hearing will be set.

The Clerk's office it to provide a copy of this order to the U.S. Marshal's office, the U.S. Attorney's office and defense counsel.

This the 1st day of September, 2005.

David C. Kessler
U.S. Magistrate Judge